## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARVIN and JACQUELINE BECKER, Derivatively on Behalf of PIXARBIO CORPORATION (f/k/a BMP HOLDINGS INC.), <br><br> Plaintiffs, <br><br> vs. <br><br> FRANCIS M. REYNOLDS, KATRIN HOLZHAUS, DAVID A. CASS, and LAURA BARKER MORSE, <br><br> Defendants, <br><br> and, <br><br> PIXARBIO CORPORATION f/k/a BMP HOLDINGS INC., <br><br> Nominal Defendant. | Civil Action No.: 2:17-CV-11910-CCC-SCM |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i)

PLEASE TAKE NOTICE that Plaintiffs Marvin and Jaqueline Becker file this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. No compensation has been rendered to Plaintiffs in return for this dismissal. Plaintiffs have not previously dismissed an action based on or including the same claims as presented in this instant action. Plaintiffs' decision to voluntarily dismiss this action will not prejudice the rights of other shareholders to pursue the same or similar claims on behalf of PixarBio Corporation because a derivative action on behalf of PixarBio Corporation is currently pending before this Court, *Michael Schnieders v. Reynolds, et al.*, Civil Action No.: 2:17-CV-2987-CCC-SCM.

Dated: February 28, 2018

**GAINEY McKENNA & EGLESTON**

By: _s/ Barry J. Gainey_
    Barry J. Gainey (BJG 7560)
95 Route 17 South, Suite 310
Paramus, NJ 07652
Telephone: 201-225-9001
Facsimile: 201-225-9002
Email: bgainey@gme-law.com

-and-

Thomas J. McKenna
440 Park Avenue South
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0380
Email: tjmckenna@gme-law.com

*Attorneys for Plaintiffs*
*Mr. and Mrs. Becker*

**SO ORDERED**:

_____
Judge Claire C. Cecchi